**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6516**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

JOHNNY LEE GORE, a/k/a Manager,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   C. Weston Houck, Senior District
Judge.   (4:01-cr-00627-CWH-9)

———————

Submitted:  May 24, 2012                    Decided:  May 31, 2012

———————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Johnny Lee Gore, Appellant Pro Se.   Marvin Jennings Caughman,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Lee Gore appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). We affirm. Because the amendment in question did not lower Gore's Guidelines sentence, we find the district did not abuse its discretion denying the motion. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the district court's order. We note that the record clearly shows that Gore's Guidelines sentence was based upon his admission that he was responsible for 141 kilograms of powder cocaine and not on a quantity of crack cocaine. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED